**Weston R. SIMMS, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. WD 37479.

Missouri Court of Appeals,
Western District.

June 10, 1986.

Joseph H. Locascio, Sp. Public Defender, Robert A. McNemar, Certified Law Intern, Office of Sp. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before SHANGLER, P.J., and DIXON and LOWENSTEIN, JJ.

## ORDER

PER CURIAM:

Appeal from denial of Rule 27.26 motion for post-conviction relief.

Affirmed. Rule 84.16(b).